Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Earl A. Hicks
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAIME HERRERA,

Defendant.

**1:22-CR-2037-MKD**

INDICTMENT

Vio:  18 U.S.C. §§ 1111, 1152
First Degree Murder in
Indian Country
(Count 1)

18 U.S.C. §§ 113(a)(1), 1152
Assault with a Dangerous
Weapon in Indian Country
(Count 2)

18 U.S.C. § 924(c)
Discharging and Using a
Firearm During and in
Relation to a Crime of
Violence
(Count 3)

18 U.S.C. § 924, 28 U.S.C.
§ 2461
Forfeiture Allegations

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about July 19, 2017, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian country, the Defendant, JAIME HERRERA, a non-Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill W.G.O., an Indian, by shooting W.G.O., with a firearm; all in violation of 18 U.S.C. §§ 1111, 1152.

## COUNT 2

On or about July 19, 2017, in the Eastern District of Washington, within the external boundaries of the Yakima Nation Indian Reservation, in Indian country, the Defendant, JAIME HERRERA, a non-Indian, did intentionally assault W.G.O. and C.E., who are both Indians, with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1152.

## COUNT 3

On or about July 19, 2017, in the Eastern District of Washington, the Defendant, JAIME HERRERA, did knowingly use, carry, brandish, and discharge a firearm, to wit: a rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: first degree murder, as set forth in Count 1 of this Indictment and assault with a dangerous weapon, as set forth in Count 2 of this Indictment, all in violation of 18 U.S.C. § 924(c).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c), as set forth in Count 3 of this Indictment, the Defendant, JAIME HERRERA, shall forfeit to the United States of

INDICTMENT – 2

America, any firearm and ammunition involved or used in the commission of the offense.

DATED this _5_ day of April, 2022.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

*[signature]*

Ian Garriques
First Assistant United States Attorney

*[signature]* Earl A. Hicks

Earl A. Hicks
Assistant United States Attorney

*[signature]*

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 3