FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME HERRERA,<br><br>    Defendant. | No. 1:22-cr-02037-MKD<br><br>**PROTECTIVE ORDER**<br><br>**ECF Nos. 39, 40** |
|---|---|

    Before the Court is the United States' Motion for a Protective Order, ECF No. 39, and Motion to Expedite, ECF No. 40. The United States asserts the underlying investigation in this matter involved multiple witnesses whose identities must be protected out of a concern for retaliation, tampering, or intimidation. ECF No. 39 at 1. Defendant does not object to the United States' proposed Protective Order. *Id.*

    The Court has reviewed the motion and the record and is fully informed. The Court finds good cause to grant the United States' motions to ensure the safety of witnesses and Defendant's right to prepare a defense.

PROTECTIVE ORDER – 1

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Protective Order, **ECF No. 39**, is **GRANTED.**

2. The United States' Motion to Expedite, **ECF No. 40**, is **GRANTED**.

3. Subject to the below, the United States will provide discovery materials that had previously been provided with redactions to defense counsel;

4. The United States is authorized to continue to redact names and other identifying information concerning witnesses from the discovery materials; where witnesses' identifying information has been redacted, witnesses will be identified as "Witness 1," "Witness 2," etc., consistently throughout the discovery materials;

5. Until further Order of the Court, defense counsel may show to, and discuss with the Defendant, discovery materials subject to this Protective Order; such discovery materials may not however be left in the Defendant's custody;

6. Defense counsel shall not otherwise provide original or copies of the discovery materials subject to this Protective Order to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7. The United States, defense counsel, and witnesses may reference the existence and content of sealed / sensitive discovery material in open and closed

PROTECTIVE ORDER – 2

court proceedings relevant to Case No. 1:22-CR-02037-MKD; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** November 14, 2022.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER – 3