UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>  -vs-<br>JAIME HERRERA,<br><br>                              Defendant. | Case No.      1:22-CR-02037-MKD<br>**CRIMINAL MINUTES**<br>DATE:       JUNE 11, 2024<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 02 | Crystal Gonzalez |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Ellis<br>Earl Hicks | | Lorinda Youngcourt<br>Paul Shelton |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia | | |

**[ X ]  Open Court**      **[   ]  Chambers**      **[   ]  Video Conference**

Defendant present in custody of the US Marshal and with leg and hand restraints.

The Court confirmed the parties are ready to proceed to sentencing.

Ms. Youngcourt confirmed she has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant does not have any outstanding objections.

Mr. Youngcourt advised that she did not wish to make a record regarding restraints on defendant.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

The Court informed counsel that it is the Court's intention to sentence the defendant consistent with the agreement of the parties in the Rule 11(c)(1)(C) Plea Agreement.

The victim's sisters, mother, aunt, and grandmother addressed the Court.

Mr. Ellis provided sentencing recommendations on behalf of the government.

Ms. Youngcourt provided sentencing recommendations and comments on behalf of the defendant.

The defendant addressed the Court on his own behalf.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:** | 9:39 A.M.<br>11:05 A.M. | **ADJOURNED:** | 10:52 A.M.<br>11:06 A.M. | **TIME:** | 1:14 HR. | **CALENDARED** | [   ] |

*USA -vs- HERRERA*  
1:22-CR-02037-MKD  
Sentencing Hearing

June 11, 2024  
Page 2

The Court accepted the Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing.

The Court addressed the defendant and imposed sentence:

- **Imprisonment: 360 months** as to Count 1s and **120 months** as to Count 2s, to run concurrent with each other and consecutive to the term of imprisonment imposed under Yakima County Superior Court Cause Number 19-1-00669-39. The Court recommends placement at USP Atwater.

- **Supervised Release:** 5 years as to Count 1s and 3 years as to Count 2s, to run concurrently.
- **Fine**: waived

- **Special Penalty Assessment**: $200 total ($100 per count)

- **Restitution**: $4,573.56 total

Appeal rights given to the extent any exist.

**Recess**:    11:05 a.m.  
**Reconvene**:    11:06 a.m.

The Court informed the parties that the defendant will be supervised on the mandatory, standard and special conditions listed in the Presentence Investigation Report. Mr. Shelton waived reading of the conditions on behalf of the defendant.

Mr. Ellis moved to dismiss the original Indictment  
**Court**: granted

Defendant remanded to the custody of the US Marshal.